**Opinion issued August 12, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00319-CV

————————————

**KILGORE OFFSHORE, INC. AND ENTERPRISE OFFSHORE DRILLING, L.L.C., Appellants**

**V.**

**LINEZ GREEN, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-44014**

---

### MEMORANDUM OPINION

Appellants Kilgore Offshore, Inc. and Enterprise Offshore Drilling, L.L.C. filed an Unopposed Motion to Dismiss Proceedings representing that the case had "settle[d]" and requesting that this Court "dismiss this appeal." No cross appeal has been filed and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

We lift the abatement, reinstate, grant Appellants' motion to dismiss and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). All other pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.